# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

---

**BAP NO. RI 21-011**

---

**Bankruptcy Case No. 21-10188-DF**

---

**TNBC BEACH CLUB, LLC,**
a/k/a Newport Beach Club,
**Debtor.**

---

**OCEAN DEVELOPMENT PARTNERS, LLC,
TITAN FUNDING, LLC, APPIAN WAY 54, LLC, and
NICHOLAS FIORILLO,**
Appellants,

v.

**W. MARK RUSSO, Permanent Receiver for
TNBC Beach Club, LLC,**
Appellee.

---

## ORDER FOR TRANSFER OF APPEAL
## TO U.S. DISTRICT COURT

On March 25, 2021, the Appellee, W. Mark Russo, Permanent Receiver for TNBC Beach Club, LLC, filed an Election to Proceed in District Court, pursuant to Fed. R. Bankr. P. 8005(a)(1) and (2) and 1st Cir. BAP L.R. 8005-1(b)(2).

Accordingly, it is hereby **ORDERED** that the above-entitled appeal be **TRANSFERRED** to the United States District Court for the District of Rhode Island.

FOR THE PANEL:

Dated: March 26, 2021     By:   /s/ Leslie C. Storm
                                Leslie C. Storm, Clerk

[cc: U.S. District Court for the District of Rhode Island; Hon. Diane Finkle;
Clerk, U.S. Bankruptcy Court, District of Rhode Island; and
Shawn Masterson, Esq.; W. Mark Russo, Esq.; John Dorsey, Esq.]

Official Form 417B (12/15)

# United States Bankruptcy Appellate Panel
# First Circuit

In re: Ocean Development Partners, LLC, et al v. W. Mark Russo    Case No.: 21-011

## OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

### Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s):
   W. Mark Russo, as and only as Receiver of TNBC Beach Club, LLC

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Superior Court Appointed Receiver

### Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 3: Sign below

Signature of attorney for appellee(s) (or appellee(s) if not represented by an attorney)

Date: March 25, 2021

Name, address, and telephone number of attorney (or appellee(s) if not represented by an attorney):
John A. Dorsey, Esq.
55 Pine St., 3rd Fl.
Providence, RI 02903
401-455-1000

Official Form 417B    Optional Appellee Statement of Election to Proceed in District Court